UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| EMMANUEL KWAKU ADDO, | Civil Action No. 16-5544 (MCA) |
| Petitioner, | |
| v. | MEMORANDUM AND ORDER |
| CHARLES GREEN, | |
| Respondent. | |

This matter has been opened to the Court by Respondent's letter response to Petitioner's Petition for habeas corpus pursuant to 28 U.S.C. § 2241. It appearing that:

1. Petitioner's habeas Petition was docketed on September 12, 2016. (ECF No. 1.) Petitioner contends in his Petition that he has been held in the custody of the Department of Homeland Security since December 5, 2015. (*Id.*, Pet. at 7.) On October 5, 2016, the Court ordered Respondent to file an Answer to the Petition. (ECF No. 2.)

2. On October 21, 2016, Assistant United States Attorney Mark C. Orlowski filed a letter and accompanying exhibit. (ECF No. 4.) The letter states as follows:

> I write this letter to inform the Court that Immigration and Customs Enforcement has advised that Petitioner was removed from the United on September 27, 2016. Enclosed as Exhibit A is [a] copy of the I-205 form verifying that Petitioner has been removed. Accordingly, there is no longer a live "case or controversy" regarding his detention pending removal, and we respectfully request that the Court dismiss the Petition as moot. *See Lindaastuty v. Attorney General of the U.S.*, 186 Fed. Appx. 294,

1

298 (3d Cir. 2006) (Petitioner's challenge to detention is moot after petitioner has been deported).

(*Id.*)

IT IS, therefore, on this 26 day of Oct, 2016,

**ORDERED** that the Petition challenging Petitioner's prolonged detention is **DISMISSED AS MOOT** in light of Petitioner's removal from the United States; and it is further

**ORDERED** that the Clerk of the Court shall close the Court's file in this matter.

_____
Madeline Cox Arleo, District Judge
United States District Court